

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00013-CV

**IN THE INTEREST OF A.J.L.**, A.R.L., A.A.R., and B.N.G., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment terminating appellant Ernestina's parental rights to A.J.L., A.R.L., A.A.R., and B.N.G. is REVERSED and judgment is RENDERED denying the Department's petition to terminate Ernestina's parental rights. In all other respects, the judgment of the trial court is AFFIRMED. The motion to withdraw filed by counsel for appellant Abel is GRANTED.

SIGNED September 24, 2014.

_____
Rebeca C. Martinez, Justice